ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Law & Policy
Social Security Administration
ERIN A. JURRENS, MO 61402
Special Assistant United States Attorney
Program Litigation 1
Law & Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235-6401
Telephone: (877) 833-2445
E-Mail: Erin.Jurrens@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| PAUL PAO MOUA,<br><br>          Plaintiff,<br><br>     v.<br><br>Commissioner of Social Security,<br><br>          Defendant. | )   CIVIL NO. 2:25-cv-01920-WBS-CSK<br>)<br>)   **STIPULATION TO VOLUNTARY**<br>)   **REMAND PURSUANT TO SENTENCE**<br>)   **FOUR OF 42 U.S.C. § 405(g) AND TO**<br>)   **ENTRY OF JUDGMENT; ORDER**<br>)<br>)<br>)<br>)<br>) |

IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant

Commissioner of Social Security ("Defendant"), through their undersigned counsel of record,

that the above-entitled action shall be remanded to the Commissioner of Social Security for

further administrative proceedings.

Upon remand, the Appeals Council will remand the case to an Administrative Law

Judge (ALJ) for a new decision, and instruct the ALJ to re-evaluate the evidence of record. The

parties further request that the Court direct the Clerk of the Court to enter a final judgment in

favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

1    This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the

2  Social Security Act, 42 U.S.C. 405(g).

3

4  Dated:  January 6, 2026                    */s/ Francesco Benavides\**
                                              FRANCESCO BENAVIDES
5                                             Attorney for Plaintiff
                                              *Authorized via e-mail on January 6, 2026
6

7  Dated: January 6, 2026                     ERIC GRANT
                                              United States Attorney
8                                             MATHEW W. PILE
                                              Head of Program Litigation 1
9                                             Social Security Administration
10

11                              By:     */s/ Erin Jurrens*
                                        ERIN JURRENS
12                                      Special Assistant U.S. Attorney
13                                      Attorneys for Defendant
14

15

16

17
                                      **ORDER**
18
          Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of
19
20  42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown,

21  **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social

22  Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social

23  Security Act, 42 U.S.C. 405(g).

24

25  Dated:  January 6, 2026
                                      WILLIAM B. SHUBB
26                                    UNITED STATES DISTRICT JUDGE

27

28

STIPULATION TO REMAND